UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 24-cr-10296-JEK |
| | ) | |
| LORALIE LABROAD | ) | **SEALING ORDER REQUESTED** |
| Defendant. | ) | |

### DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL

Now comes Loralie LaBroad and hereby moves for leave to file her Sentencing Memorandum and Exhibits under seal.

Good cause exists for the following reasons: these documents contain sensitive information about Ms. LaBroad, her family members, and Ms. LaBroad's medical history. Specifically, the sentencing memo addresses Ms. LaBroad's history of substance use, her brother's mental health struggles, and Ms. LaBroad's recent medical procedure.

LORALIE LABROAD,
By her attorney,

Date: March 28, 2025

*/s/ Henry Fasoldt*
C. Henry Fasoldt (BBO# 667422)
185 Devonshire Street
Suite 302
Boston, MA 02110
henry@bostondefenselaw.com

### CERTIFICATE OF SERVICE

I hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, March 28, 2025.

*/s/ Henry Fasoldt*
Henry Fasoldt